No. 558. GENERAL MOTORS CORP. *v.* KESLING, *ante,* p. 855. Rehearing denied.

No. 196, Misc. DICKEY *v.* UNITED STATES, *ante,* p. 835. Rehearing denied.

No. 255, Misc. BIRTCH ET AL. *v.* UNITED STATES, *ante,* p. 848. Rehearing denied.

No. 351, Misc. EGGERS *v.* CALIFORNIA, *ante,* p. 858. Rehearing denied. The stay order entered February 5, 1948, is vacated.

APRIL 19, 1948.

No. 153, Misc. WAGNER *v.* UNITED STATES.

*Per Curiam:* The petition for writ of certiorari is granted. The order of the Circuit Court of Appeals is reversed and the cause is remanded to that court with directions to reinstate petitioner's appeal and to instruct the District Court to afford petitioner an opportunity to prepare a record on appeal in accordance with Rule 39 of the Rules of Criminal Procedure. MR. JUSTICE BLACK took no part in the consideration or decision of this case. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for the United States.